**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ERICK P. TOLLEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 11-CV-1182 |
| ) | |
| **CITY OF EL DORADO, KAN.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this case are hereby dismissed with prejudice and that each party shall bear his or its own costs and attorney fees.

Respectfully submitted,

s/ Ray E. Simmons
Ray E. Simmons
Mark G. Ayesh
AYESH LAW OFFICES
8100 East 22nd Street North
Building 2300, Suite 2
Wichita, Kansas 67278-1750
*Attorney for Plaintiff*

s/ Jason D. Stitt
Jason D. Stitt
KUTAK ROCK LLP
1605 North Waterfront Parkway, Suite 150
Wichita, KS 67206
(316) 609-7900 (Telephone)
(316) 630-8021 (Facsimile)
*Attorney for Defendant*

4813-9842-4847.1